AO 91 (Rev. 11/11)  Criminal Complaint

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

# UNITED STATES DISTRICT COURT
## for the
### District of Puerto Rico

2016 JAN -5  PM 12: 36

United States of America )
v. )
Rafael PEREZ-Rodriguez )
)  Case No. 16 - 003 (M)
)
)
)
)
_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   December 30, 2015 - January 4, 2015   in the county of   San Juan   in the

___Judicial___   District of   Puerto Rico  , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18 United States Code, Sec. 2422 (b) | Enticement of a Minor |

This criminal complaint is based on these facts:

On or about December 30, 2015 thru January 4, 2016, the defendant herein, using the mail or any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice and coerce an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

☑ Continued on the attached sheet.

_Authorized by: e-facsimile:_
Reviewed by: SAUSA Cristina Caraballo-Colón

Detention requested  on January 4, 2016

_Complainant's signature_

Ryan Seig - Special Agent HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date:   JAN 0 5 2016

_Judge's signature_

City and state:      San Juan, Puerto Rico

U.S. Magistrate Judge  **BRUCE J. McGIVERIN**
_Printed name and title_