**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

RECEIVED AND FILED

2016 JAN -5 PM 2:56

CLERK OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

**In the Matter of the Criminal Complaint:**

**United States of America**
**V.**
**Rafael Perez-Rodriguez**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan Sieg, a Special Agent of Homeland Security Investigations, being first duly sworn, hereby depose and state as follows:

1.     I, SA Ryan Sieg, (your affiant) make this affidavit in support of a criminal complaint to arrest for violation of Title 18 United States Code (USC) 2422(b), Attempted Enticement of a Minor For Unlawful Sexual Activity.  The information provided herein is submitted in limited form for the purpose of establishing probable cause.

2.     Your affiant has been employed by Homeland Security Investigations as a Special Agent since September 2014, was a Special Agent of the United States Secret Service since March 2008, and has been investigating federal crimes involving the exploitation of children for approximately four years.  Your affiant was a police officer and detective for 5 years before entering federal service.  Your affiant has gained experience through specialized training in the area of internet crimes involving child exploitation investigations.  Your affiant has been involved in numerous investigations involving internet crimes against children, resulting in numerous felony arrests and convictions.  As an SA with Homeland Security Investigations, your affiant is authorized to investigate violations of United States law under the authority of the United States.

3.     On December 30th, 2015, your affiant received a message via an internet-based application from an individual with the moniker "Mirando;" who was later identified as Rafael PEREZ-RODRIGUEZ.  Your affiant maintains a "profile" or account within the particular internet-based application that states the following:

"Looking for young fun, or to share my young fun."

4.     Your affiant and PEREZ-RODRIGUEZ communicated through this messaging application and then through text message periodically until 01/04/2016.  During these communications, your affiant posed as an adult male (UC) who had in his custody, or had access to, an 11 year old male who the UC had abused sexually, and who the UC was offering to PEREZ-RODRIGUEZ for the purpose of sexual abuse.  During these

conversations, PEREZ-RODRIGUEZ advised the UC that he wished to urinate on, have oral and anal sex with the 11 year old minor and that he wished to have a threesome with the UC and the minor. Via text message, the UC and PEREZ-RODRIGUEZ agreed to meet on 01/04/2016, where PEREZ-RODRIGUEZ would then follow the UC to the UC's house for the purpose of engaging in sexual acts with the minor and to consume alcohol. During communications PEREZ-RODRIGUEZ sent the UC pictures of him and spoke of his nervousness of being detected by law enforcement.

5.      By using the telephone number used by PEREZ-RODRIGUEZ to send text messages and photos to the UC, agents were able to identify PEREZ-RODRIGUEZ by use of the Puerto Rico driver's license database "David" and the corresponding image therein.

6.      On 01/04/2016, your affiant waited in the agreed upon location to meet PEREZ-RODRIGUEZ. PEREZ-RODRIGUEZ arrived at the location, was identified by agents, and was placed under arrest. At this time, your affiant called the number with which the UC had been communicating, and the phone that was in PEREZ-RODRIGUEZ's possession rang, displaying the UC phone number. The UC phone number was named "Taboo Dave San Juan" on PEREZ-RODRIGUEZ's phone. PEREZ-RODRIGUEZ chose not to make any statements to agents.

7.      Pursuant to Puerto Rico law the sexual conduct that PEREZ-RODRIGUEZ sought to engage in with the fictitious 11 year old boy would be a violation of Puerto Rico law pursuant to Article 130 PR Penal Code of 2012 (Sexual Assault) and Article 133 PR Penal Code of 2012 (Lewd Acts).

8.      Based upon the above information, your affiant submits there is probable cause to believe PEREZ-RODRIGUEZ is responsible for the Attempted Enticement of a Minor For Unlawful Sexual Activity, in violation of 18 U.S.C. 2422(b). Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

RYAN SIEG
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence this __5__ day of January 5th___ 2016.

UNITED STATES MAGISTRATE JUDGE / DISTRICT OF PUERTO RICO
BRUCE J. McGIVERIN