**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

v.

RAFAEL PEREZ-RODRIGUEZ (1)

**CASE NO.** 3:16-CR-00041-1 (PAD)

USM # 46438-069

JUDGMENT OF DISMISSAL

Defendant  Rafael Perez-Rodriguez (1)  has been charged with the offense(s) of:

18:2422(b) ATTEMPTED ENTICEMENT OF A MINOR FOR UNLAWFUL SEXUAL ACTIVITY

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

[x]    The Court has granted the motion of the government for dismissal with prejudice,           , pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

[ ]    The Court has dismissed the charges without prejudice,       for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

[ ]    The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

[ ]    The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on January 23, 2023.

S/ Pedro A. Delgado-Hernandez
United States District Judge

DPR Forms. Rev. Feb. 2016